January 10, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

NABILCO INC. AND D. HOUSTON, INC. D/B/A TREASURES, Appellants

NO. 14-12-00832-CV                        V.

THE STATE OF TEXAS AND THE CITY OF HOUSTON, Appellees

_____

       This cause, an appeal from a temporary injunction signed, October 12, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

       We further order that all costs incurred by reason of this appeal be paid by appellant, Nabilco Inc. and D. Houston, Inc. D/B/A Treasures, jointly and severally.

       We further order this decision certified below for observance.